JAMES J. JONES, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued June 25, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Court of Common Pleas of the city and county of New York, entered upon an order made May 14, 1888, which affirmed a

judgment in favor of defendant, entered upon the verdict of a jury, and an order denying a motion for a new trial.

*Alex. Thain* for appellant.

*David J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.